# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| PEMEX EXPLORATIÓN Y PRODUCCIÓN, | § § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Civil Action No. 4:11-cv-02019 |
| BIG STAR GATHERING LTD. L.L.P., F&M TRANSPORTATION, INC., JAMES JENSEN, JOPLIN ENERGY, LLC, F/K/A HUTCHISON HAYES ENERGY, LLC, JEFF KIRBY, PLAINS ALL-AMERICAN PIPELINE, L.P., SEMCRUDE, L.P., SAINT JAMES OIL, INC., SUPERIOR CRUDE GATHERING, INC., TRANSMONTAIGNE PARTNERS, L.P., WESTERN REFINING COMPANY, L.P., | § § § § § § § § § § § § § | Hon. Melinda Harmon |
| *Defendants.* | § § | |

## DECLARATION OF AYESHA NAJAM

Ayesha Najam gives the following declaration pursuant to 28 U.S.C. § 1746, in support of Defendant Saint James Oil, Inc.'s Motion to Dismiss Pursuant to Rule 12(b)(2) and 12(b)(6), or In the Alternative, Motion for More Definite Statement Pursuant to Rule 12(e):

1. My name is Ayesha Najam. I am over twenty-one years of age and fully competent to give testimony. I have personal knowledge of each fact set forth herein and each such fact is, of my own personal knowledge, true and correct.

2. I am a licensed attorney and member in good standing of the Texas State Bar. I am an associate at Gibbs & Bruns, LLP, counsel for Defendant Saint James Oil, Inc.

3. Attached as Exhibit "**D**" is a true and correct copy of an article published in the Houston Chronicle on September 26, 2009 entitled "Second Executive Pleads Guilty in Pemex Theft Case," available at the following web address:

http://www.chron.com/disp/story.mpl/business/6637333.html#ixzz1UT8u2CgO.

4. Attached as Exhibit "**E**" is a true and correct copy of the Declaration of Cesar de la Garza, submitted by Plaintiff in support of its Motion for Determination of Foreign law, filed in *PEMEX Exploracion y Produccion v. BASF Corp., et al.*, No. 4:10-CV-01997, in the U.S. District Court for the Southern District of Texas, Houston Division (the "BASF Case").

5. Attached as Exhibit "**E**" is a true and correct copy of Plaintiff's Original Complaint filed in the BASF Case.

4. I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on August 8, 2011.

_____
Ayesha Najam