# EXHIBIT C

| Form 701 (Revised 02/10) Submit in duplicate to: Secretary of State P.O. Box 13697 Austin, TX 78711-3697 512 463-5555 FAX: 512 463-5709 **Filing Fee: See instructions** |  **Registration of a Limited Liability Partnership** | This space reserved for office use **FILED** In the Office of the Secretary of State of Texas NOV 12 2010 **Corporations Section** |

## Entity Information

1. The name of the partnership is:

BIG STAR GATHERING LTD LLP

Name must contain the phrase "limited liability partnership" or an abbreviation of that phrase. If the partnership is a limited partnership, the entity name may include the phrase "limited liability limited partnership" or an abbreviation of that phrase.

2. The federal employer identification number of the partnership is: 72-1536760

☐ The partnership has not obtained a federal employer identification number at this time.

## Number of Partners

3. The number of general partners at the date of registration is: 2

*The number of general partners in a general partnership must be at least two.*

## Principal Office

4. The address of the partnership's principal office in Texas or outside of Texas, as applicable, is:

| 1058 FM 3024 | GEOR | TX | LIV | 78022 |
|---|---|---|---|---|
| *Street or Mailing Address* | *City* | *State* | *Country* | *Zip Code* |

## Statement of Partnership's Business

5. The partnership's business is:

GATHERING CRUDE OIL

## Effectiveness of Filing (Select either A or B)

A. ☑ This document becomes effective when the document is filed by the secretary of state.
B. ☐ This document becomes effective at a later date, which is not more than ninety (90) days from the date of signing. The delayed effective date is: _____

## Execution

The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument and certifies under penalty of perjury that the undersigned is authorized under the provisions of law governing the entity to execute the filing instrument.

Date: 11-8-2010

**RECEIVED**
NOV 12 2010
Secretary of State

*Big Star Gathering Ltd LLP*
*James L Jensen*
*General Partner*

For a general partnership, signature of a majority-in-interest of the partners or signature of one or more of the partners authorized by a majority-in-interest. For a limited partnership, signature of one general partner.

Form 701                                3