EBANKS horne

James D. Ebanks
jebanks@ethlaw.com

Also licensed in Tennessee and Washington D.C.

September 19, 2011

Mr. Mark Maney
10000 Louisiana Street, Suite 2800
Houston, Texas 77002

**Via Email: Mmaney@maneylaw.com**

RE: Civil Action No. 4:11-CV-02019; *Pemex Exploraccion y Produccion v. Big Star, et al;* In the United States District Court for the Southern District of Texas

Dear Mr. Maney:

As you know, I represent JAG Energy USA, Inc. and JAC's Terminal Services, Inc. in connection with the referenced matter. When we discussed this matter, earlier last week, you advised that you had issued the subpoenas in question either solely upon or largely upon comments and/or statements made by Arnoldo Maldonado. Please provide me, at your earliest opportunity, with all depositions, statements, commentary, writings, or other information from Mr. Maldonado or any other individual, living or deceased, which suggests in any way that my clients have inappropriately introduced diesel and/or condensates, hydrocarbons, or other products into the United States or into any facility in Delamita, Texas or any other location. If you decline in this regard, please provide me with a written refusal so that I can take up the matter with the court.

Appreciating your attention in advance. I remain,

Very truly yours,

EBANKS HORNE ROTA MOOS LLP

James D. Ebanks

JDE/tj/coro
09505